UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, *Commissioner,*<br>*Social Security Administration,*<br><br>Defendant. | CIVIL ACTION NO. 10-11360-JGD |

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge ("ALJ"), it is ordered that, upon remand, the ALJ will be instructed to reconcile the decision on the period at issue with the allowance of the subsequent claim, and to evaluate the subsequent allowance in light of the reopening regulations.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S.

89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this  5th  day of  May , 2011.

/s/ Judith Gail Dein
United States Chief Magistrate Judge
Judith G. Dein